**File Hashes for IP Address 50.179.2.188**

**ISP:** Comcast Cable
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2014 04:19:35 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |
| 08/18/2014 04:42:53 | 142FF110FDCAC191D02130F09F0688DF2E1B5F7F | Elevated Erotica |
| 08/18/2014 03:55:44 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 08/08/2014 07:55:50 | 8D2C71BBCC526E214853EB335EDBBDE2AF85FCDF | In for the Night |
| 08/05/2014 08:27:33 | D1A5917C7E734B9117A370D63068E3D219768604 | Be With Me |
| 07/21/2014 13:41:01 | A09F66585A6343EA01C5075278C3D0483151B224 | Want You |
| 07/21/2014 04:18:03 | FED0F655420554A5E9059D96E83B5CDC04DEA52F | Everlasting Friendship |
| 07/21/2014 04:17:55 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 07/21/2014 04:17:49 | 7F026F98870E8811AE9CDE0FA1D9D2B2682E9FCD | Afternoon Snack |
| 07/21/2014 04:17:26 | AD7C65F7A53DB297C2445CAB3A40DFE02CB0F37B | Good Morning Baby |
| 07/16/2014 10:40:31 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 07/16/2014 04:58:01 | 6773B36E9675BCBC4258CD6324F119FB2D0FC75C | Grow Up With Me |
| 06/28/2014 05:17:44 | 742320B263F71DF6392F26BE6F75CBFC82688AD8 | Sexy In The City |
| 06/21/2014 19:15:37 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/17/2014 01:18:32 | F0D711BDD4A5F622592C4060F505CA81AB9C183B | Names |
| 06/15/2014 22:26:18 | B0937926B2BF447D808F3684610C7A2D9AF86F0F | Enjoy My Backdoor |
| 06/11/2014 18:35:42 | C702327C5169DD153363EE0B5DD9C833118AEB12 | Pool Party For Three |
| 06/11/2014 18:34:22 | 8B68096901C5CB40B1648D352B27C6AEE1291666 | Then They Were Three |
| 06/11/2014 18:33:21 | FD81A065799EBC23DAF22C8D3E3CD35DFA2E2268 | A Day to Remember |
| 05/31/2014 20:05:01 | 23961EE1698D045D17235AF8EDDE5B0C66105261 | Blindfold Me Baby |
| 05/31/2014 18:50:35 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |
| 05/16/2014 03:59:37 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |

EXHIBIT A

NIL372

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/20/2014 19:19:39 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/16/2014 06:19:46 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 04/15/2014 16:20:57 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 03/31/2014 05:09:51 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 03/31/2014 05:08:04 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 03/23/2014 06:04:26 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 03/17/2014 03:18:39 | F65D753A4E70B1B0F29CBC39AE7E9456853FF65E | Pretty Little Belle |
| 03/07/2014 02:12:52 | F26E5EE13E5E9304290A9AADCA4F49390A62D7DF | Trophy Wife |
| 01/26/2014 01:21:40 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |
| 12/26/2013 05:12:01 | 9B499B104B7038B67FDE2EA459783D3DAB5DE200 | Apertif Our Style |
| 12/15/2013 01:14:23 | 24C96BAA4F7BD1A7EE94428E7BC918FEC48A2F43 | Love at First Sight |
| 12/14/2013 04:23:12 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 12/06/2013 05:57:07 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 12/01/2013 01:25:30 | 51209AA90644169C9DE5D9B43E025A1F1C2ED9EC | New Romance |

**Total Statutory Claims Against Defendant: 36**

EXHIBIT A

NIL372